IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 07-30049-MJR |
| ) | |
| ANTHONY R. WISE, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING APPLICATION FOR**
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The above-entitled cause having come before the Court upon the application of the United States Attorney for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of ANTHONY R. WISE, in the United States District Court at East St. Louis, Illinois, on the 16th day of May, 2007, at the hour of 10:00 a.m. and day to day thereafter as may be necessary.

IT IS SO ORDERED.

DATED this 25th day of April, 2007.

**s/ Clifford J. Proud**
CLIFFORD J. PROUD
United States Magistrate Judge