**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  <br>  ) <br> **Plaintiff,** ) <br>  ) <br> vs. ) <br>  ) <br> **ANTHONY R. WISE,** ) <br>  ) <br> **Defendant.** ) | Case No. 07-CR-30049-MJR |

**MEMORANDUM and ORDER**

**REAGAN, District Judge:**

This case is set to commence trial on September 17, 2007. On August 29, 2007, defense counsel moved for a psychiatric and/or psychological examination of Defendant Wise. The pendency of that motion necessitates a trial continuance and stops the "speedy trial" clock. The Court hereby **RESETS** the hearing on the motion (Doc. 29) for **11:00 am**, **September 21, 2007.**

Accordingly, the Court **CANCELS** the September 17, 2007 **TRIAL**, with that date to be reset after the Court resolves the question of Defendant's competence to proceed herein. The delay resulting from the pendency of the motion – and the time required to set and conduct hearings to determine whether Defendant Wise is competent to proceed – **SHALL BE EXCLUDED** under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A) and (F).

IT IS SO ORDERED.

DATED this 10th day of September 2007.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge