IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-CR-30049-MJR |
| ) | |
| ANTHONY R. WISE, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM and ORDER

**REAGAN, District Judge:**

Following a September 2007 finding of reasonable cause to believe that Defendant Wise currently is suffering from a mental disease or defect rendering him incompetent to proceed herein, the undersigned Judge directed that an evaluation be conducted and a report filed with this Court. Wise arrived at FMC-Lexington for evaluation on October 29, 2007. On November 15, 2007, the undersigned Judge granted a 15-day extension of the evaluation period, pursuant to a written request by the director/warden of FMC-Lexington, in accord with 18 U.S.C. § 4247(b).

The extension renders unworkable the December 10, 2007 trial setting. Sufficient time must be allotted for the additional evaluation period, the preparation and filing of the report, the transportation of Wise back to the District, the competency hearing, and entry of an Order determining Wise's competence to proceed. Therefore, the Court **CONTINUES** jury trial to **9:00 am on Monday, March 17, 2008**.

-1-

The Court will not, at this time, set the competency hearing, as it is not yet possible to determine the appropriate earliest date that can be done.

If the evaluation report is received by the Court and counsel in an expeditious manner, Wise arrives back in this District promptly thereafter, and the competency hearing can be conducted so as to accommodate an *earlier* trial setting, counsel should immediately advise the undersigned Judge's law clerk (618-482-9229), and this matter <u>will be advanced on the trial docket</u>.

The delay resulting from this trial continuance (from December 10, 2007 to March 17, 2008) **SHALL BE EXCLUDED** under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1).

IT IS SO ORDERED.

DATED this 16th day of November 2007.

s/ *Michael J. Reagan*
MICHAEL J. REAGAN
United States District Judge