IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-CR-30049-MJR |
| ) | |
| ANTHONY R. WISE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

For the reasons stated on the record at the conclusion of the February 8, 2008 competency hearing (and having carefully reviewed the forensic evaluation report of Dr. Karen Milliner, FMC-Lexington), the undersigned Judge **FINDS and DECLARES** Defendant Wise **COMPETENT** to proceed to trial herein. The parties anticipate disposition of this matter via plea. A change of plea hearing has been scheduled for 10:00 am on February 21, 2008. Until that plea hearing is completed, the Court will hold a slot on its trial docket (per prior Orders at Docs. 35 & 37) – 9:00 am on March 17, 2008.

IT IS SO ORDERED.

DATED this 11th day of February 2008.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge